IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Jennell Black, et al                            *

**Plaintiff,**

                                                *           Case No. 1:20-cv-03644-CCB
v.
                                                *
Thomas Webster IV et al

**Defendant.**                                   *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that  Jennell Black, Anton Black, Katyra Boyce, and Coalition for Anton Black
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____ :
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

☐  In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
<span style="margin-left:2em;">(name of LLC party)</span>

| (name of member) | (state of citizenship) |
|---|---|
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

| | |
|---|---|
| December 17, 2020 | /s/ Kenneth Ravenell |
| Date | Signature |
| | Kenneth Ravenell Bar No. 48969 |
| | Printed name and bar number |
| | 711 St. Paul St., Baltimore, MD 21202 |
| | Address |
| | kravenell@ravenelllaw.com |
| | Email address |
| | 410-878-0705 |
| | Telephone number |
| | 410-834-5488 |
| | Fax number |