IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Jennell Black, et al.

**Plaintiff,**

v.

Thomas Webster IV, et al.

**Defendant.**

Case No. 20-03644

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the The Coalition for Justice for Anton

I certify that I am admitted to practice in this Court.

12/17/20

Date

Signature

Deborah A. Jeon 06905

Printed name and bar number

ACLU of Maryland, 3600 Clipper Mill Ro

Address

jeon@aclu-md.org

Email address

410-889-8550 x120

Telephone number

410-366-7838

Fax number