# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JENNELL BLACK, et al. | * | |
| **Plaintiff,** | | |
| | * | |
| v. | | Case No. 1:20-cv-03644-CCB |
| THOMAS WEBSTER IV, et al. | * | |
| **Defendant.** | * | |

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the __Plaintiffs Jennell Black, et al.__

I certify that I am admitted to practice in this Court.

2020-12-17
Date

/s/ Leslie Hershfield
Signature

Leslie D. Hershfield, Bar No. 08255
Printed name and bar number

One East Pratt Street, Ste. 904, Balto., MD 21202
Address

lhershfield@shg-legal.com
Email address

410-332-0850
Telephone number

410-332-0866
Fax number