IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JENNELL BLACK, ET AL.,

    PLAINTIFFS,

v.                                                          Case No.: 1:20-cv-03644-CCB

THOMAS WEBSTER IV, ET AL.,

    DEFENDANTS.

\*   \*   \*   \*   \*   \*   \*

### EXHIBIT LIST TO DEFENDANTS THOMAS WEBSTER IV, GARY MANOS, AND DENNIS LANNON'S <u>MOTION FOR SUMMARY JUDGMENT</u>

Exhibit 1:    Audio Recording – 911 Call

Exhibit 2:    Transcript of Audio Recording – 911 Call

Exhibit 3:    Audio Recording – Police Dispatch

Exhibit 4:    Transcript of Audio Recording – Police Dispatch

Exhibit 5:    Body Worn Camera Footage – Thomas Webster IV's Body Worn Camera

Exhibit 6:    Affidavit of Thomas Webster IV

Exhibit 7:    Affidavit of Dennis Lannon

Exhibit 8:    Affidavit of Gary Manos

Exhibit 9    Affidavit of Shawn Starkey

Exhibit 10:    Autopsy Report

Exhibit 11:    Letter from States Attorney for Caroline County, Joseph Riley, to Trooper Kyle Clark Declining to Press Charges against any of the individuals in the matter involving the In-Custody Death of Anton Black, Dated March 7, 2019

Exhibit 13:    Affidavit of Eric Lee