# EXHIBIT 10

*Ozah v. Fretwell, et al.*

Civil Action No: CCB-18-1063

Defendants' Motion to Dismiss or, Alternatively, for Summary Judgment

POST MORTEM EXAMINATION
OFFICE OF THE CHIEF MEDICAL EXAMINER
STATE OF MARYLAND

**CASE NO.** 18-11079

Autopsy  X   Inspection ___

JURISDICTION: Talbot / Maryland State Police          DME/FI   Kelly, Serenity
*Jurisdiction of Death/Police Investigating*

NAME OF DECEASED:                    _. Black

RESIDENCE OF DECEASED:

AGE: 19 Years          SEX: Male          RACE: African American

DATE OF INCIDENT: 09/15/18          TIME: 1930 hours

ADDRESS OF INCIDENT:

PRONOUNCED DEAD: 09/15/18          TIME: 2036 hours

ADDRESS/INSTITUTION: UNIV OF MD SHORE MEDICAL CENTER AT EASTON, EASTON

DME/FI/OCME NOTIFIED: 09/15/18          TIME: 2106 hours

BY WHOM: Talbot Center

TRANSPORTED TO OCME: Fellows, Helfenbein Newnam F.H

DATE OF AUTOPSY: 09/16/18          TIME: 0800 hours

PERFORMED BY: Russell Alexander M.D., Assistant Medical Examiner

CAUSE OF DEATH:
(a) Sudden Cardiac Death                                              ___ Natural
(b) Anomalous Right Coronary Artery and Myocardial Tunneling of the Left Anterior Descending Coronary Artery     X  Accident
                                                                       ___ Suicide
(c)                                                                    ___ Homicide
(d)                                                                    ___ Could Not Be Determined

Other significant conditions:
Bipolar Disorder

HOW INJURY OCCURRED: Subject suffered cardiac arrest while being restrained by law enforcement

| Name: BLACK | POST MORTEM EXAMINATION REPORT OFFICE OF THE CHIEF MEDICAL EXAMINER STATE OF MARYLAND | PAGE |
|---|---|---|
| Case Number: 18-11079 | | 1 |

An autopsy was performed on the body of **ANTON MILBERT L. BLACK** at the Office of the Chief Medical Examiner for the State of Maryland on the 16th day of **September 2018**.

## EXTERNAL EXAMINATION

The body was that of a well-developed, well-nourished, adult black male. The body was received unclad. The body weighed 159 pounds, was 5'9" in length and appeared compatible with the reported age of 19 years. The body was cool. Rigor was fully fixed in the extremities and jaw. Fixed purple livor mortis was on the posterior surfaces of the body, except in areas exposed to pressure. The scalp hair was black, curly, and arranged in moderately long braids. Facial hair consisted of a black mustache and tuft of hair on the chin. The irides were brown. The corneae were slightly clouded. The conjunctivae were slightly congested with a few petechiae on the right lateral bulbar conjunctivae. Two hemorrhages, 1/8" and 1/16", were on the left lower lateral bulbar conjunctiva. Otherwise the sclerae were white. Bloody fluid was at the mouth and nares. The external auditory canals were free of foreign material and abnormal secretions. The nasal skeleton was palpably intact. The lips were normally formed. The anterior teeth were natural and in adequate condition. No oral petechiae were noted. No petechiae were on the facial skin. The neck organs were in the midline position and appeared normally formed. The chest was unremarkable. The abdomen was flat. Small scars were on the back and extremities. The upper and lower extremities were symmetrical and without absence of digits. The fingernails were short, clean, trimmed and intact. No tattoos were identified. The external genitalia were those of an adult circumcised male. The testicles were bilaterally descended within a dried scrotum. The posterior torso was without note. The anus was unremarkable.

## EVIDENCE OF THERAPY

Evidence of medical intervention included: an orotracheal tube; defibrillator pads on the chest; bilateral chest tubes; a decompression catheter in the right side of the top of the chest; a peripheral intravenous catheter in the right antecubital fossa; and a peripheral intravenous catheter in the posterior right hand. Multiple red-brown abrasions, up to 1-7/8", on the mid-chest were consistent with injuries due to resuscitative efforts.

## EVIDENCE OF INJURY

I.  **BLUNT FORCE TRAUMA**
    A 1/2 x 3/8" red abrasion was on the right side of the forehead. A 1/8" red abrasion was on the left side of the forehead. Multiple red abrasions, up to ¼", were on the nose. A ½ x 3/16" red-purple abraded contusion was on the lateral left upper eyelid. A 1/16" red abrasion was just lateral of the left eye. A 1-1/2 x 5/8" red-tan abrasion was on the right side of the face. A 3/16" red abrasion was just below the left naris of the nose. Multiple red abrasions, up to ¼", were just below the left corner of the mouth. Two red abrasions, each ¼", were on the right lateral inner upper lip. Multiple red abrasions, up to ½", were on the left lateral inner upper lip. Multiple red abrasions, up to 3/16", were on the right lateral inner lower lip. A 1/8" red abrasion was on the left lateral lower lip. A 3/16" red abrasion was on the left medial inner lower lip. A ¾ x 1/8" area of red-purple abraded contusion was on the left lateral

| Name: BLACK | POST MORTEM EXAMINATION REPORT OFFICE OF THE CHIEF MEDICAL EXAMINER STATE OF MARYLAND | PAGE |
|---|---|---|
| Case Number: 18-11079 | | 2 |

inner lower lip. A 3/8 x 1/4" red-purple abraded contusion and a 1/8" purple contusion were on the right buccal mucosa.

Two brown abrasions, each 1/16", were on the helix of the left ear. Multiple red abrasions and purple contusions, up to 1/2", were on the inner aspect of the left ear. Multiple red abrasions and purple contusions, up to 1/8", were just behind the left ear and on the adjacent posterolateral neck. A 3/8 x 1/4" red-purple abraded contusion was on the left anterior base of the neck. A 1/8" red abrasion was on the left posterior neck.

Multiple linear brown crusted abrasions, up to 7/8", were on the right upper back. Multiple linear brown crusted abrasions, up to 1/2", and purple contusions, up to 1/8", were on the left upper back. Cut-downs were performed along the posterior neck, back and extremities. A 2-1/2 x 2" area of subcutaneous hemorrhage was on the mid upper back; no underlying muscle hemorrhage, contusion or other injury was noted, and no fractures were noted. A 1-1/2 x 1" area of subcutaneous hemorrhage was on the mid upper lumbar area; no underlying muscle hemorrhage, contusion or other injury was noted.

A few purple contusions, up to 3/16", were on the anterior right shoulder. Multiple purple contusions, up to 1", were on the medial right arm. Multiple linear red abrasions, up to 3/8", were on the posteromedial right forearm. A 1/16" brown abrasion was on the posterolateral right wrist.

Two red abrasions, 1-1/2 x 1/2" and 1 x 1/8", were on the top of the left shoulder. Multiple linear red abrasions, up to 3/8", were on the posteromedial distal left forearm. A 5/16 x 3/16" red-purple abraded contusion was on the posteromedial left wrist. Three red abrasions, each 1/16", were on the posterior left hand. A 1/8" brown abrasion was on the posterior left hand. A 1/8" purple contusion with adjacent 1/8" red abrasion was on the posterior left middle finger. A 1/8" red abrasion was on the posterior left index finger. Cut-downs of the wrists revealed no hemorrhage, contusions, or other abnormalities within the soft tissues and muscles of the wrists.

A 2-1/2 x 3/4" red abrasion was on the anterolateral right thigh. A 3/4 x 1/4" red abrasion was in the anterior right knee. A 3/8 x 1/4" red abrasion was on the medial right ankle. Two brown crusted abrasions, 1/8" and 1/4", were on the top of the right foot. Multiple brown crusted abrasions, up to 3/16", were on the top of the left foot. Cut-downs of the ankles revealed no hemorrhage, contusions, or other abnormalities within the soft tissues and muscles of the ankles.

II. **TASER**

A TASER dart without attached wire was in the left buttock; a 1-1/4" segment of the dart extended out from the skin of the buttock. When removed from the buttock, the dart consisted of a 1" long base with attached ½" barbed end. The taser wound in the left buttock consisted of a 1/16" puncture mark with two linear red abrasions, each ½", arranged in a semicircular pattern along the medial edge. A 1/8" x 1/8" purple contusion was just lateral to the puncture mark. A 1 x ¼" pressure mark extended superomedially from the puncture wound. The hemorrhagic wound track of the dart extended ½" through the subcutaneous tissue and was associated by a 1-7/8 x

| Name: BLACK | POST MORTEM EXAMINATION REPORT OFFICE OF THE CHIEF MEDICAL EXAMINER STATE OF MARYLAND | PAGE |
|---|---|---|
| Case Number: 18-11079 | | 3 |

¾" area of fascial hemorrhage on the underlying muscle of the buttock. Sectioning of the muscle revealed hemorrhage on the surface of the muscle, but not extending into the substance of the muscle.

## INTERNAL EXAMINATION

### BODY CAVITIES:
The body was opened by the usual thoraco-abdominal incision and the chest plate was removed. No adhesions or abnormal collections of fluid were in any of the body cavities. All body organs were in the normal anatomic position.

### HEAD: (CENTRAL NERVOUS SYSTEM)
The scalp was reflected. The calvarium of the skull was removed. The dura mater and falx cerebri were intact. There was no epidural or subdural hemorrhage. Further description of the brain, dura and spinal cord will be given within the "**Neuropathology Report**". The brain weighed 1400 grams.

### NECK:
A layered anterior neck dissection revealed no hemorrhage, contusion or other abnormalities within the strap muscles, soft tissues and large vessels of the anterior neck. The hyoid bone and larynx were intact. A posterior neck dissection revealed no hemorrhage, contusion or other abnormalities within the soft tissues or muscles of the posterior neck; the bony elements of the posterior neck were intact.

### CARDIOVASCULAR SYSTEM:
Further description of the heart will be given within the "**Cardiovascular Pathology Report**". The aorta and its major branches arose normally, followed the usual course and were widely patent, free of significant atherosclerosis and other abnormality. The vena cava and its major tributaries returned to the heart in the usual distribution and were free of thrombi. The heart weighed 390 grams.

### RESPIRATORY SYSTEM:
The upper airways were clear of debris and foreign material; the mucosal surfaces were smooth, yellow-tan and unremarkable. The pleural surfaces were smooth, glistening and unremarkable. The pulmonary parenchyma was red-purple and congested, exuding mild amounts of blood and frothy fluid; no focal lesions were noted. The pulmonary arteries were normally developed, patent and without thrombus or embolus. The right lung weighed 520 grams; the left 340 grams.

### LIVER & BILIARY SYSTEM:
The hepatic capsule was smooth, glistening, intact, and covered a dark red-brown parenchyma with no focal lesions noted. The gallbladder contained 20 mL of green-brown, mucoid bile; the mucosa was velvety and unremarkable. The extrahepatic biliary tree was patent, without evidence of calculi. The liver weighed 1710 grams.

### ALIMENTARY TRACT:
The tongue exhibited no evidence of recent injury. The esophagus was lined by a gray-white, smooth mucosa. The gastric mucosa was arranged in the usual rugal folds and the lumen contained 200 mL of dark brown liquid.

The gastric mucosa was diffusely congested, but no ulcers or perforations were noted. The small and large bowels were unremarkable. The pancreas had a normal pink-tan lobulated appearance and the ducts were clear. The appendix was unremarkable.

### GENITOURINARY SYSTEM:
The renal capsules were smooth and thin, semi-transparent and stripped with ease from the underlying smooth, red-brown cortical surfaces. The cortices were sharply delineated from the medullary pyramids, which were red-purple and unremarkable. The calyces, pelves and ureters were unremarkable. The urinary bladder contained 20 mL of yellow urine; the mucosa was gray-tan and smooth. The prostate gland was without note. The right kidney weighed 150 grams; the left 150 grams.

### RETICULOENDOTHELIAL SYSTEM:
The spleen had a smooth, intact capsule covering a red-purple, soft parenchyma; the lymphoid follicles were unremarkable. The regional lymph nodes appeared normal. The spleen weighed 120 grams.

### ENDOCRINE SYSTEM:
The thyroid and adrenal glands were unremarkable.

### MUSCULOSKELETAL SYSTEM:
Muscle development was normal. No bone or joint abnormalities were noted. The neck was stable on internal palpation. No fractures were noted within the ribs or spine. Cut-downs were performed along the back, and no hemorrhage, contusions or other abnormalities were noted, except as previously described; no fractures were noted. Cut-downs were performed along the upper and lower extremities; no hemorrhage, contusions or other abnormalities were noted. No hemorrhage, contusions or other abnormalities were noted within the wrists or ankles.

### MICROSCOPIC EXAMINATION

**Lungs:** Sections of the lungs showed congestion, edema and intra-alveolar hemorrhage. Scattered clumps of bacteria without an associated inflammatory response likely represent post-mortem overgrowth. Mild, mostly chronic inflammation was around some airways, and increased mucus was noted within some airways; asthmatic type changes were not prominent.
**Airways:** Sections of the trachea and mainstem showed focal submucosal congestion and hemorrhage.
**Liver:** A section of the liver showed no significant histopathology.
**Kidney:** A section of a kidney showed autolysis and congestion.
**Pancreas:** A section of the pancreas showed focal autolysis and no significant histopathology.
**Stomach:** Sections of the stomach showed congestion and focal chronic inflammation.
**Spleen:** A section of the spleen showed no significant histopathology.
**Adrenal Gland:** A section of an adrenal gland showed no significant histopathology.
**Skin:** A section of the skin from the left buttock at the site of the TASER dart showed focal submucosal hemorrhage.

| Name: , . BLACK | POST MORTEM EXAMINATION REPORT OFFICE OF THE CHIEF MEDICAL EXAMINER STATE OF MARYLAND | PAGE |
|---|---|---|
| Case Number: **18-11079** | | 5 |

## PATHOLOGIC DIAGNOSES

I. Anomalous Right Coronary Artery Arising from Single Common Ostium above Left Coronary Sinus of Valsalva
II. Myocardial Tunneling, Mid Left Anterior Descending Coronary Artery, 18 mm long and up to 7 mm deep
III. Abrasions and Contusions of the Head, Back and Extremities
IV. Taser Probe within Left Buttock
V. Petechiae and Hemorrhages of the Eyes
VI. Pulmonary Congestion, Edema and Hemorrhage
VII. Chronic Gastritis
VIII. History of Bipolar Disorder

Do Not Duplicate

| Name:  ........ .. BLACK | POST MORTEM EXAMINATION REPORT OFFICE OF THE CHIEF MEDICAL EXAMINER STATE OF MARYLAND | PAGE |
|---|---|---|
| Case Number: **18-11079** | | 6 |

## OPINION:

This 19-year-old black male, **ANTON MILBERT L. BLACK**, died of **SUDDEN CARDIAC DEATH** due to **ANOMALOUS RIGHT CORONARY ARTERY AND MYOCARDIAL TUNNELING OF THE LFET ANTERIOR DESCENDING CORONARY ARTERY**. A significant contributing condition was bipolar disorder. Per report, on 9/15/18 at ~ 7:10 pm law enforcement received a phone call that a man was physically restraining a child. Upon arrival at ~ 7:13 pm, an officer arrived at the scene and saw the decedent restraining a child. The officer asked the decedent to release the child which he did. The decedent then ran away. He was pursued and ~ 2 minutes later he entered an auto and locked the doors. An officer used a baton to break the driver's side window. The officer reportedly fired a TASER through the broken window, but the TASER was described as having no effect. The decedent exited the auto and became involved in a physical altercation with officers. The decedent was placed prone on a handicap ramp leading to a residence. Three officers and a civilian were involved in restraining the decedent. A video of the incident shows an officer lying across the decedent's back at one point. One officer stated that he assisted in restraining the decedent by placing his knees on the decedent's shoulder, with his right knee on the left shoulder blade area at one point. Handcuffs were applied. Approximately 3 minutes after the physical altercation started, the decedent told his mother that he loves her. Approximately 4 minutes later officers applied leg restraints; the decedent was noted by officers to not be actively struggling after the application of the leg restraints. Approximately 1 minute after the legs were restrained, the decedent was noted to be unresponsive, but breathing and with a pulse. Officers rolled him on his side and then placed him in a sitting position. Approximately 2 minutes later his mother noted that "he is turning dark". Officers then removed the hand cuffs, placed him on his back, and started CPR (~ 11 minutes after the physical altercation started). Emergency medical services responded to the scene and continued CPR (including use of a LUCAS device). He was transported to a hospital, but died despite resuscitative efforts. There was no evidence (based on a review of officer interviews and a video of the incident) that the decedent was physically struck by officers, or had force applied to his neck. Reportedly, he may have recently smoked "spice". Per his medical record, he had recently been involuntarily hospitalized and diagnosed with bipolar disorder. No other medical history was reported. Based on a review of the investigation and autopsy findings, it is likely that the stress of his struggle contributed to his death. However, no evidence was found that restraint by law enforcement directly caused or significantly contributed to the decedent's death; in particular, no evidence was found that restraint led to the decedent being asphyxiated. The manner of death is best certified as **accident**.

Russell Alexander, M.D.
Assistant Medical Examiner

David R. Fowler, M.D.
Chief Medical Examiner

Date signed: 11/23/19
RA/mwj/cs

## NEUROPATHOLOGY REPORT

| | | | |
|---|---|---|---|
| **Name:** | . Black | **Case #:** | 18-11079 |
| **Sex:** | Male | **Age:** | 19 |
| **Race:** | African American | **Medical Examiner:** | Dr. Alexander |
| **Date of Death:** | September 15, 2018 | | |

### MACROSCOPIC EXAMINATION of October 10, 2018

**Brain Weight:** 1600 grams (fixed)

**Dura:** Free of hemorrhage. Superior sagittal sinus is patent.

**Brain:** The cerebral hemispheres are symmetrical, the gyral pattern is normal, and the leptomeninges are translucent. At the base of the brain, blood vessels are free of atherosclerosis or malformation. Cranial nerves are normal. The brainstem and cerebellum are externally within normal limits. External examination of the brain reveals no recent or remote trauma.

On coronal sections, the cerebral hemispheres are symmetrical. The cortical gyri are normally developed. The cortex is of normal thickness and well-demarcated from subjacent white matter. The volume and myelination of the white matter are normal. The corpus callosum and anterior commissure are of normal caliber. Basal ganglia, thalamus and hypothalamus are normal. The ventricular system is of normal shape and size. Hippocampal formations and entorhinal cortices are normal. In the midbrain, the aqueduct is patent and the substantia nigra is normally pigmented for age. Pons has no abnormality of the tegmentum or basis. Medulla is normal. The cerebellum shows normal folia, white matter, and deep nuclei.

**Spinal Cord:** The entire spinal cord, measuring 23.0 cm in length, is available for examination. The dura is free of hemorrhage. External examination of the cord and horizontal sections are unremarkable.

**Summary:** 1. Normal brain.
2. Normal spinal cord.

**Comment:** This specimen shows no sign of remote or recent trauma. Microscopic sections are pending.

24 October 2018
Date signed

cs

**Official Document
Do Not Remove
From File**

Juan C. Troncoso, M.D.
Neuropathologist

1/10/19

## NEUROPATHOLOGY REPORT

**Name:**  . . . . . . . . _. Black

**Case #:**  18-11079

**Date of Death:**  September 15, 2018

**Medical Examiner:**  Dr. Alexander

## MICROSCOPIC EXAMINATION of November 8, 2018

Microscopic sections of the superior frontal cortex, basal ganglia, hippocampal formation, medulla, cerebellum and spinal cord show no abnormality.

In the cerebellum there is postmortem autolysis.

11/15/2018
Date signed

**Official Document
Do Not Remove
From File**

Juan C. Troncoso, M.D.
Neuropathologist

cs

1/10/19



CVPath Institute, Inc.

REPLY TO
ATTENTION OF

Russell Alexander, M.D.
Office of the Chief Medical Examiner
900 West Baltimore Street
Baltimore, MD 21223

PATIENT IDENTIFICATION
CAP 5105
BLACK, /
18-11079                    RV/ns/rjk
November 1, 2018

## FINAL DIAGNOSIS

**DIAGNOSIS: 18-11079 Autopsy, heart:**
1. **Anomalous right coronary artery arising from single common ostium above left coronary sinus of Valsalva**
2. **Myocardial tunnel, mid LAD, 18 mm long and up to 7 mm deep**

History: 19 year old black male, 5'9", 159 lbs., was reportedly involved in possible child abduction; police were called, chased the subject on foot, then tazed and handcuffed him; placed in seated position leaning against a wall and went into cardiac arrest.

Heart: Received formalin fixed, 380 grams; normal epicardial fat with rare epicardial hemorrhage (2-5mm) overlying the anterior left ventricle at mid to apex level; closed foramen ovale; normal cardiac chamber dimensions: left ventricular cavity diameter 37 mm, left ventricular free wall thickness 12 mm, ventricular septum thickness 12 mm, right ventricle thickness 3 mm; left atrial endocardial fibrosis; fenestration of the right coronary cusp (RCC); myxomatous thickening of all three aortic valve leaflets with mild LCC/RCC and RCC/NCC commissural fusion; no gross myocardial fibrosis or necrosis; histologic sections show unremarkable myocardium without inflammation, necrosis or cardiomyopathic features

Coronary arteries: Anomalous take-off of the right coronary artery from a slit-like common left coronary ostium; right dominance; 18 mm span of mid left anterior descending (MLAD) tunneling into the left ventricular myocardium up to 7 mm deep; no gross atherosclerosis; a section of the tunneled mid LAD shows histologically normal artery

Conduction system: The sinoatrial node and sinus nodal artery are unremarkable. The compact atrioventricular (AV) node, penetrating bundle and left bundle branch are intact without inflammation, increased fat or proteoglycan. There is no dysplasia of the AV nodal artery. There are no discernible accessory conduction pathways.



CVPath Institute, Inc.
CAP 5105 (18-11079) BLACK,



Superior epicardial view of right coronary artery (RCA) and left main coronary artery (LM) arising from a common ostium; opened aortic root shows single ostium at level of sinotubular junction above left coronary sinus of Valsalva

Renu Virmani, M.D.
President, CVPath Institute

Blocks made: 6 (5 heart, 1 coronary artery)
Slides made: 7 (6 H&E, 1 Movat)
Case received: September 21, 2018
Case completed: November 1, 2018

12/12/18

19 Firstfield Road • Gaithersburg, MD 20878
Tel (301) 208-3570 • Fax (301) 208-3745

231

OFFICE OF THE CHIEF MEDICAL EXAMINER
STATE OF MARYLAND
900 W. BALTIMORE STREET
BALTIMORE, MD 21223

# TOXICOLOGY

## REPORT OF FINDINGS

Case # 18-11079    Lab # 18-4390
Deceased Name     Black,
If Previous Unknown
Medical Examiner  Russell Alexander M.D.
Autopsied by      Russell Alexander M.D.
Jurisdiction      Talbot

| Specimen Submitted | Test | Results | |
|---|---|---|---|
| Blood Femoral | Volatiles | Ethanol | Negative |
| Urine | Drug Test (comprehensive) | | Negative |
| Blood Heart | Drug Test (Individual) | Alkaline Extractable Drugs | Negative |
| Blood Heart | NMS Labs | Synthetic Cannabinoids | UFT |

18-11079

Additional Toxicology 01/23/19

Toxicologist   Rebecca Phipps            Medical Examiner   Russell Alexander M.D.

Digitally Signed 01/23/19                Digitally Signed 01/23/19 13:37

Wednesday, January 23, 2019                                              Page 1 of 1

OFFICE OF THE CHIEF MEDICAL EXAMINER
STATE OF MARYLAND
900 W. BALTIMORE STREET
BALTIMORE, MD 21223

# TOXICOLOGY

REPORT OF FINDINGS

Case # 18-11079　　　Lab # 18-4390
Deceased Name　　　Black,
If Previous Unknown
Medical Examiner　　Russell Alexander M.D.
Autopsied by　　　　Russell Alexander M.D.
Jurisdiction　　　　　Talbot

| Specimen Submitted | Test | Results | |
|---|---|---|---|
| Blood Femoral | Volatiles | Ethanol | Negative |
| Urine | Drug Test (comprehensive) | | Negative |

18-11079

| Toxicologist | Rebecca Phipps | Medical Examiner | Russell Alexander M.D. |
|---|---|---|---|
| | Digitally Signed 09/20/18 | | Digitally Signed 01/08/19 08:10 |

Tuesday, January 08, 2019　　　　　　　　　　　　　　　　　　Page 1 of 1

| Supplement | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Report | Maryland Department of State Police | 1. Complaint Control No. | | | | | | | | |
| Victim, Complainant, Missing Person, or Arrestee (Last, First, Middle) **State of Maryland** | | CIR | 1 | 8 | M | S | P | 3 | 9 | 7 5 4 |
| Incident, Offense, or Charge on Original Report **Death Investigation** | | Correct Incident or Offense Class **n/a** | | | | | | Changed? ☐ Yes | | |
| Secondary Offense **N/A** | | 65. Related Report Numbers **OCME Case # 18-11079** | | | | | | | | |

### Narrative

Item No.

## *Focus of this supplement report:*

The focus of this supplement report is to document the autopsy of Anton Milbert L Black that was performed at the Office of Chief Medical Examiners, 900 W Baltimore Street, Baltimore Maryland 21223, which occurred on September 16, 2018. The autopsy was performed by Dr. Russell Alexander

## *Suspect(s) Information:*

BLACK,

## *Victim Information:*

Name: Xavier Bordley,
Address:
Phone:   N/A

| 45. Crime Prevention Action Initiated ☐ Yes X No | 46. Previous Crime Prevention Survey ☐ Yes ☒ No | | | 47. Date Supplemental Report Due | | |
|---|---|---|---|---|---|---|
| 48. Initial Status Recommended by reporting officer X Open ☐ Suspended ☐ Unfounded  Closed | | 49. Initial Investigator Cpl. Nathan Wilson | | | I.D. Number 4771 | 50. Date 09/16\18 |
| 51. Supervisor Status ☐ Agree ☐ Disagree | 52. Investigation to be continued by ☐ Patrol ☐ Investigation ☐ N/A | 53. Reviewing Supervisor D/Sgt. John Monarek | | | I.D. Number 4842 | 54. Date 9/16/18 |
| 55. Investigation Supervisor Status ☐ Patrol X Investigative ☐ N/A | 56. Investigation Supervisor D/Sgt John Monarek | I.D. # 4842 | 57.Date 9/16/18 | 58. Assigned Investigator Sgt. Howard Kenard | | 59. Date 09/15/18 |
| 60. ☐ NCIC Entered  ☐ NCIC Cleared ☐ Miles Entered  ☐ Miles Cleared | 61. Final Status (Check One) X Open  ☐ Suspended ☐ Closed | | 62. Classification | | 63. UCR | Page 1 | Of 3 |

☐ Crime Analysis   ☐ Victim Witness Notification of Rights
          Installation     CDR/UCR     State's Attorney     Investigator
MSP 92 (6/95)

Case 1:20-cv-03644-CCB   Document 19-13   Filed 01/21/21   Page 16 of 17

| Maryland Department of State Police | Page Of | | Complaint Control NO | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **NARRATIVE** Continuation Sheet | 2 | 3 | CIR | 1 | 8 | M | S | P | 3 | 9 | 7 | 5 | 4 |

## *Background Information:*

On September 15, 2018, the Maryland State Police Homicide Unit was requested to investigate an in custody death that occurred at

## *Action Taken:*

On September 16, 2018 at approximately 0820 hours, I responded to the Office of the Chief Medical Examiner, Baltimore Maryland to attend the autopsy of Anton Black.

## *MSP Personnel Present at Autopsy:*

Cpl. N. Wilson (Maryland State Police, Criminal Investigation Division, Homicide Unit)
CST Myers (Maryland State Police crime scene tech)

## *Autopsy performed by:*

Dr. Russell Alexander
**OCME Case # 18-11077**

On Sunday, September 16, 2018 at 0205 hours, I was contacted by D/SGT. John Monarek and requested to attend the autopsy of Anton Black that would be conducted the same date. I arrived at the Office of Chief Medical Examiners at 0820 hours. It was at this time I learned that Dr. Russell Alexander would be performing the autopsy on Black.

Upon arrival to the Medical Examiner's Office I entered the examination room and noticed Black's body lying face up on the gurney. The body was absent of clothing and his hands were bagged. A cursory examination of Black's body

| Initial Investigator: Cpl. Nathan Wilson | IBM# 4771 | Date: 09/16/2018 |
|---|---|---|

MSP 92A (7/95)      Installation      CDR/UCR      State's Attorney      Investigator

| Maryland Department of State Police | Page Of | | Complaint Control No | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NARRATIVE Continuation Sheet | 3 | 3 | CIR | 1 | 8 | M | S | P | 3 | 9 | 7 | 5 | 4 |

revealed a chest tube on Black's left side. Black was photographed by the Medical Examiner's Office photographer.

Following the external and internal examination, I contacted Dr. Russell Alexander to discuss the findings. Dr. Alexander indicated Black had numerous scrapes and bruises, a hemorrhage on his back and indicated that Black's neck looked good. Dr. Alexander advised the results of the autopsy would remain PENDING for some time, in order to obtain additional testing on numerous parts of Black's body (Heart, Brain and Toxicology).

All physical evidence obtained from Black and a copy of the autopsy photos, were recovered from the OCME by CST Myers.

Case remains open.

**Case Open**

**Detailed Supplements to Follow.**

***ASSIGNED INVESTIGATOR***: Cpl. Nathan Wilson #4771
***INVESTIGATIVE HOURS:***     12 Hours

***PRIMARY INVESTIGATOR:*** Sgt. Howard Kenard

| Initial investigator: | | | | IBM# | Date: |
|---|---|---|---|---|---|
| Cpl. Nathan Wilson | | | | 4771 | 09/16/2018 |
| MSP 92A (7/95) | Installation | CDR/UCR | State's Attorney | Investigator | |