IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JENNELL BLACK, *et al.* | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:20-cv-03644-CCB |
| THOMAS WEBSTER, IV, *et al.* | * | * |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>Affidavit of David Fowler, MB.ChB.</u>**

I, David Fowler, M.D., am over the age of 18 and competent to testify on the matters set forth herein based upon my personal knowledge:

1. I was the Chief Medical Examiner for the State of Maryland from May 2002 through December 31 2019.

2. I retired from that position on December 31 2019.

3. Since retiring, I do not have the power to institute changes within or manage the operations of Maryland's Office of the Chief Medical Examiner.

I declare under penalty of perjury that the foregoing is based true and correct.

January 22, 2021
_____
Date                                                                David Fowler, MB.ChB.

EXHIBIT 2