IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JENNELL BLACK, *et al.*, | * | |
| | * | |
| *Plaintiffs* | * | |
| | * | Civil Action No. CCB-20-3644 |
| v. | * | |
| | * | |
| THOMAS WEBSTER, IV, *et al.*, | * | |
| | * | |
| *Defendants* | * | |

**ORDER**

Pending before this court are several motions directed at the plaintiffs' complaint, including a motion for summary judgment (ECF 19), a motion to seal (ECF 20), a motion to dismiss (ECF 21), a motion to bifurcate (ECF 22), and a motion to dismiss or in the alternative for summary judgment (ECF 25). In response to these filings, the plaintiffs filed an amended complaint. (ECF 38). The result is that the amended complaint is now the operative complaint and any motions directed at the original complaint are moot. *See Fawzy v. Wauqiez Boats SNC*, 873 F.3d 451, 455 (4th Cir. 2017); *see also Freckleton v. Target Corp.*, 81 F. Supp. 3d 474, 479 (D. Md. 2015). Accordingly, it is hereby Ordered by the United States District Court for the District of Maryland that:

1. The motion for summary judgment filed by Lannon, Manos, and Webster IV (ECF 19) is DENIED as moot;

2. The motion to seal exhibit 5 of the motion for summary judgment (ECF 20) is GRANTED;

3. The motion to dismiss filed by Petyo and the towns of Centreville, Greensboro, and Ridgely (ECF 21) is DENIED as moot;

4. The motion to bifurcate (ECF 22) is DENIED as moot;

5. The motion to dismiss or in the alternative for summary judgment filed by Alexander, Southall, and the State of Maryland (ECF 25) is DENIED as moot; and

6. The Clerk shall SEND a copy of this Order to counsel of record.


__7/13/2021_____                           _____/s/_____
     Date                                   Catherine C. Blake
                                            United States District Judge