UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

November 3, 2021

MEMORANDUM TO COUNSEL

Re: *Jennell Black, individually and as Personal Representative of the Estate of Anton Black v. Webster, IV., et al.*
<u>Civil No. CCB-20-3644</u>

Dear Counsel:

I am reviewing the pending motions in this case. It appears that an amended complaint was filed on February 18, 2021, after which several defendants filed a motion to dismiss and a motion to bifurcate on March 5, 2021 (ECF 46, 47), and other defendants filed a motion to dismiss on April 6, 2021 (ECF 59). Those motions have been fully briefed. The corresponding prior motions directed at the initial complaint (ECF 21, 22, and 25) accordingly were denied as moot. (ECF 79).

It appears that the individual defendants Lannon, Manos, and Webster filed a motion for summary judgment (ECF 19) on January 21, 2021, prior to the amended complaint. The plaintiffs' response was filed on April 5, 2021 (ECF 56), and the defendants' reply was filed on May 28, 2021 (ECF 75). I am writing to confirm that the motion for summary judgment remains open and is ready for resolution on the current briefing. If so, I will correct the order issued in July (ECF 79) which included this motion among the list of motions denied as moot.

Please respond by November 10, 2021. Thank you.

Sincerely yours,

/S/

Catherine C. Blake
United States District Judge