Jason L. Levine
<u>Attorney at Law</u>
7225 Parkway Drive, Hanover, MD 21076
TEL 443-561-1700    FAX 443-561-1701
JLEVINE@LGIT.ORG

November 4, 2021

*Via CM/ECF*

The Honorable Catherine C. Blake
United States District Judge
United States Courthouse
101 W. Lombard Street
Baltimore, MD 21201

    Re: *Black, et al. v Webster, et al.*
       <u>Civil No.: CCB-20-3644</u>

Dear Judge Blake,

    In response to the Court's Memorandum to Counsel (ECF 82), I write to confirm on behalf of all local government defendants that the motion for summary judgment remains pending with respect to the amended complaint.

    Thanks very much.

                         Very truly yours,

                         /s/ #16631

                         Jason L. Levine