# RAVENELL LAW

711 Saint Paul St.
Baltimore, MD 21202
Phone: 410.878.0705
Fax: 410.834.5488

November 5, 2021

**VIA HAND-DELIVERED**
The Honorable Catherine C. Blake
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, MD 21201

      **Re:**    *Black, et al. v. Webster, IV, et al.*
              Case No.: 1:20-cv-03644-CCB

Dear Judge Blake:

      The Plaintiffs agree that the motion for summary judgment is ripe for the Court to rule. Thank you.

                                            Very truly yours,

                                            */s/ Kenneth Ravenell*

cc: Counsel of Record