# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

JENNELL BLACK, *et al.*　　　　　　　　*

　　　　　　　　　　　　　　　　　　　*

v.　　　　　　　　　　　　　　　　　　*　　Civil Action No.　20-cv-3644

　　　　　　　　　　　　　　　　　　　*

THOMAS WEBSTER IV, *et al.*

　　　　　　　　　　　　　　　　　　　*

************

## **ORDER**

For the reasons stated in the accompanying Memorandum, it is hereby ORDERED that:

1. The defendants' motion for summary judgment (ECF 19), is Denied without prejudice to renewal after discovery is complete; and

2. The Clerk SHALL SEND a copy of this Order and the accompanying Memorandum to counsel of record.


1/18/22　　　　　　　　　　　　　　　　　　　　　　　/s/
Date　　　　　　　　　　　　　　　　　　　　　Catherine C. Blake
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge