IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JENNELL BLACK,** *et. al.*, | * |
| *Plaintiffs* | * |
| v. | |
| | *  **Civil Action No.: 1:20-cv-03644-CCB** |
| **THOMAS WEBSTER, IV,** *et al.* | * |
| *Defendants* | |
| | * |
| | * |

* * * * * * * * * * * * *

## NOTICE OF ENTRY OF APPEARANCE

Mr./Ms. Clerk:

Please enter the appearance of Michael J. Baxter and Baxter, Baker, Sidle, Conn and Jones, P.A., as counsel for Defendants Russell Alexander, MD., and David Fowler, MB.,ChB., in their individual capacities.

BAXTER, BAKER, SIDLE, CONN & JONES, P.A.

BY:  *Michael J. Baxter /s/*
_____
Michael J. Baxter (Bar No. 01209)
mbaxter@bbsclaw.com
Baxter, Baker, Sidle, Conn & Jones, P.A.
120 E. Baltimore Street, Suite 2100
Baltimore, Maryland 21202
(410) 230-3800 Telephone
(410) 230-3801 Fax
*Attorneys for Defendants*
*Russell Alexander, MD., and David Fowler,*
*MB.,ChB., in their individual capacities*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **7th day of February 2022,** the foregoing *Notice of Entry of Appearance* was filed electronically via CM/ECF and served electronically and by first class mail, on:

| | |
|---|---|
| Deborah A. Jeon, Esq.<br>Sonia Kumar, Esq.<br>Tierney Peprah, Esq.<br>American Civil Liberties Union of Maryland Foundation<br>3600 Clipper Mill Rd Ste 350<br>Baltimore, MD 21211<br>jeon@aclu-md.org<br>tpeprah@aclu-md.org<br>kumar@aclu-md.org<br><br>Leslie David Hershfield, Esq.<br>Schulman, Hershfield & Gilden, P.A.<br>One East Pratt Street, Suite 904<br>Baltimore, MD 21202<br>lhershfield@shg-legal.com<br><br>Kenneth W. Ravenell, Esq.<br>Ravenell Law<br>711 Saint Paul Street<br>Baltimore, MD 21202<br>kravenell@ravenelllaw.com<br><br>Tomeka Grimes Church, Esq.<br>The Law Office of Tomeka G. Church<br>711 Saint Paul St.<br>Baltimore, MD 21202<br>tchurch@thechurchlawfirm.com<br><br>Rene C. Swafford, Esq.<br>Law Office of Rene Swafford, LLC<br>P.O. Box 392<br>Greensboro, MD 21639<br>RSWAFFORDSTER@GMAIL.COM | Daniel Karp, Esq.<br>Karpinski, Cornbrooks and Karp, PA<br>120 East Baltimore Street, Suite 1850<br>Baltimore, MD 21202<br>brunokarp@bkcklaw.com<br>*Attorneys for Defendant*<br>*Michael Petyo and Jeannette L.*<br>*Cleveland a/k/a Jeannette L. Delude*<br><br>Patrick Dugan McKevitt, Esq.<br>Whiteford Taylor and Preston LLP<br>Seven Saint Paul St.<br>Baltimore, MD 21202<br>pmckevitt@wtplaw.com<br>*Attorney for Defendant*<br>*Dennis Lannon*<br><br>Matthew Douglas Peter, Esq.<br>Local Government Insurance Trust<br>7225 Parkway Dr<br>Hanover, MD 21076<br>MPETER@LGIT.ORG<br>*Attorneys for Defendant*<br>*Town of Centreville*<br><br>Raymond R. Mulera, Esq.<br>LGIT, Educational Affairs Division<br>7225 Parkway Drive<br>Hanover, MD 21076<br>rmulera@lgit.org<br>*Attorneys for Defendant*<br>*Town of Ridgely* |

| | |
|---|---|
| John Arak Freedman, Esq.<br>Arnold & Porter Kaye Scholer, LLP<br>601 Massachusetts Avenue, NW<br>Washington, DC  20001<br>John.freedman@arnoldporter.com<br>*Attorneys for Plaintiffs*<br><br>Jason Lee Levine, Esq.<br>John F. Breads, Jr, Esq.<br>Local Government Insurance Trust<br>7225 Parkway Drive<br>Hanover, MD 21076<br>jlevine@lgit.org<br>jbreads@lgit.org<br>*Attorneys for Defendant Gary Manos*<br><br>Kevin Bock Karpinski, Esq.<br>Karpinski, Cornbrooks and Karp, PA<br>120 East Baltimore Street, Suite 1850<br>Baltimore, MD 21202<br>kevin@bkcklaw.com<br>*Attorneys for Defendant*<br>*Thomas Webster, IV*<br><br>Ernest I. Cornbrooks, IV, Esq.<br>Karpinski, Cornbrooks & Karp, P.A.<br>120 East Baltimore Street, Suite 1850<br>Baltimore, MD 21202<br>scornbrooks@bkcklaw.com<br>*Attorneys for Defendant*<br>*Town of Greensboro* | Christopher Andrew Gozdor, Esq.<br>Office of the Attorney General<br>300 W Preston St., Ste 302<br>Baltimore, MD 21201<br>christopher.gozdor@maryland.gov<br>*Attorneys for Defendants*<br>*Pamela Southall, the State of*<br>*Maryland, and Victor W. Weedn* |

*Michael J. Baxter /s/*

_____
Michael J. Baxter (Bar No. 01209)
Baxter, Baker, Sidle, Conn & Jones, P.A.