IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JENNELL BLACK, *et al.*      *

    Plaintiff,      *

    v.      *      Case No. 1:20-cv-03644-CCB

THOMAS WEBSTER, IV, *et al.*    *      *

    Defendants.      *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER

Upon consideration of Assistant Attorney General Christopher A. Gozdor's Motion to Withdraw Appearance on Behalf of Defendants Russell Alexander, MD; David Fowler, MBChB; Victor Weedn, MD; and State of Maryland, it is this  11th  day of  February , 2022 ORDERED:

1. The Motion to Withdraw Appearance be and hereby is GRANTED; and

2. Christopher A. Gozdor's appearance shall be and hereby is STRICKEN on behalf of Defendants Russell Alexander, MD; David Fowler, MBChB; Victor Weedn, MD; and State of Maryland.

                                         /S/
                               Hon. Catherine C. Blake
                               U.S. District Court Judge