# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### *(Northern Division)*

| | |
|---|---|
| **JENNELL BLACK,** *et. al.,* | * |
| **Plaintiffs** | * |
| **v.** | |
| | *    **Civil Action No.: 1:20-cv-03644-CCB** |
| **THOMAS WEBSTER, IV,** *et al.* | |
| | * |
| **Defendants** | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ANSWER TO AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL BY DEFENDANTS RUSSELL ALEXANDER, M.D. AND DAVID FOWLER, MB., ChB., IN THEIR INDIVIDUAL CAPACITIES

Russell Alexander, M.D., and David Fowler, MB., ChB., two of the Defendants, in their individual capacities, by their attorneys, Michael J. Baxter, David J. McManus, and Baxter, Baker, Sidle, Conn & Jones, P.A., pursuant to Rule 12 of the Federal Rules of Civil Procedure, answer the Amended Complaint filed by Plaintiffs as follows:

## FIRST DEFENSE

The allegations set forth in the Amended Compliant are barred by the applicable statute of limitations.

## SECOND DEFENSE

The conduct of Defendant Russell Alexander, M.D., was reasonable and legally justified.

## THIRD DEFENSE

The conduct of Defendant David Fowler, M.B. ChB., was reasonable and legally justified.

## FOURTH DEFENSE

Defendants Russell Alexander and David Fowler did not cause or contribute to Anton Black's death, injuries and/or damages, if any.

## FIFTH DEFENSE

Defendants Russell Alexander and David Fowler did not act unlawfully or otherwise violate Plaintiffs' rights.

## SIXTH DEFENSE

The Amended Complaint fails to state a claim upon which relief may be granted.

## SEVENTH DEFENSE

The damages that may be awarded are limited by law.

## EIGHTH DEFENSE

Some Plaintiffs lack standing to seek certain damages and/or remedies.

## NINTH DEFENSE

Anton Black caused and/or or contributed to his own injuries and/or damages, if any.

## TENTH DEFENSE

Defendants Russell Alexander and David Fowler are not liable as alleged.

## ELEVENTH DEFENSE

Defendants Russell Alexander and David Fowler are entitled to common law and statutory public official immunity for the state-law claims.

## TWELFTH DEFENSE

Defendants Russell Alexander and David Fowler are entitled to qualified immunity as to the federal claims.

## THIRTEENTH DEFENSE

Defendants Russell Alexander and David Fowler committed no constitutional violations.

## FOURTEENTH DEFENSE

Defendants Russell Alexander and David Fowler are entitled to the privileges, immunities, protections and limits of liability set forth in the Local Government Tort Claims Act as to state claims.

## FIFTEENTH DEFENSE

Anton Black's death, and any injuries and/or damages suffered, if any, were caused by third parties, and not attributable to Defendants Russell Alexander and David Fowler.

## SIXTEENTH DEFENSE

Defendants Russell Alexander and David Fowler are not liable for punitive damages as a matter of law.

## **SEVENTEENTH DEFENSE**

Defendants Russell Alexander and David Fowler did not act with any malice or gross negligence and therefore are immune from suit in tort for all acts committed within the scope of their public duties under §5-522 of the Courts & Judicial Proceedings Article of the Annotated Code of Maryland.

## **EIGHTEENTH DEFENSE**

Civil conspiracy is not an independently actionable tort separate from the alleged underlying actionable torts.

## **NINETEENTH DEFENSE**

Anton Black assumed the risk of any injuries or damages sustained.

## **RESPONSES TO SPECIFIC AVERMENTS**

## **INTRODUCTION**

1. To the extent any answer is required, the allegations are denied.

2. To the extent any answer is required, the allegations are denied.

3. To the extent any answer is required, the allegations are denied.

## **JURISDICTION AND VENUE**

4. Admitted.

5. Admitted.

## **NOTICE**

6. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 6.

## PARTIES

7.      These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 7.

8.      These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 8.

9.      These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 9.

10.     These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 10.

11.     These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 11.

12.     Admitted, except the second sentence which is denied.

13.     These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 13.

14.     These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 14.

15.     These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 15.

16.     These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 16.

17.     These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 17.

18.     These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 18.

19.     These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 19.

20.     These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 20.

21.     Admitted as to the first sentence in paragraph 21. Denied as to the remainder of the allegations set forth in paragraph 21.

22.     These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 22.

23.     Admitted as to the first sentence in paragraph 23, except denied as to Defendant Fowler being the final policy maker for the State of Maryland. Denied as to the characterization of the responsibilities of Defendant Fowler in the second sentence in paragraph 23.

24.     These Defendants do not have sufficient information to admit or deny the allegations and legal conclusions set forth in paragraph 24.

## FACTS COMMON TO ALL COUNTS

25.     These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 25.

26.     These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 26.

27.  These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 27.

28.  These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 28.

29.  These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 29.

30.  These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 30.

31.  These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 31.

32.  These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 32.

33.  These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 33.

34.  These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 34.

35.  These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 35.

36.  These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 36.

37.  These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 37.

38.     These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 38.

39.     These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 39.

40.     These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 40.

41.     These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 41.

42.     These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 42.

43.     These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 43.

44.     These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 44.

45.     These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 45.

46.     These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 46.

47.     These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 47.

48.     These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 48.

49. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 49.

50. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 50.

51. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 51.

52. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 52.

53. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 53.

54. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 54.

55. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 55.

56. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 56.

57. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 57.

58. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 58.

59. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 59.

60. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 60.

61. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 61.

62. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 62.

63. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 63.

64. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 64.

65. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 65.

66. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 66.

67. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 67.

68. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 68.

69. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 69.

70. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 70.

71. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 71.

72. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 72.

73. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 73.

74. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 74.

75. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 75.

76. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 76.

77. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 77.

78. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 78.

79. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 79.

80. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 80.

81. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 81.

82. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 82.

83. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 83.

84. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 84.

85. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 85.

86. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 86.

87. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 87.

88. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 88.

89. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 89.

90. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 90.

91. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 91.

92. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 92.

93.     These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 93.

94.     These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 94.

95.     These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 95.

96.     These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 96.

97.     These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 97.

98.     These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 98.

99.     These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 99.

100.    These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 100.

101.    These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 101.

102.    These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 102.

103.    These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 103.

104. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 104.

105. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 105.

106. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 106.

107. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 107.

108. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 108.

109. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 109.

110. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 110.

111. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 111.

112. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 112.

113. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 113.

114. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 114.

115.  These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 115.

116.  These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 116.

117.  These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 117.

118.  These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 118.

119.  These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 119.

120.  These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 120.

121.  These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 121.

122.  These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 122.

123.  These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 123.

124.  These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 124.

125.  These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 125.

126. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 126.

127. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 127.

128. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 128.

129. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 129.

130. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 130.

131. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 131.

132. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 132.

133. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 133.

134. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 134.

135. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 135.

136. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 136.

137.    These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 137.

138.    These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 138.

139.    These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 139.

140.    These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 140.

141.    These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 141.

142.    These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 142.

143.    These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 143.

144.    These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 144.

145.    These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 145.

146.    These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 146.

147.    These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 147.

148. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 148.

149. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 149.

150. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 150.

151. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 151.

152. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 152.

153. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 153.

154. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 154.

155. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 155.

156. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 156.

157. Admitted as to sentence one of paragraph 157. Denied as to the remainder of paragraph 157.

158. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 158.

159. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 159.

160. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 160.

161. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 161.

162. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 162.

163. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 163.

164. Denied.

165. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 165.

166. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 166.

167. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 167.

168. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 168.

169. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 169.

170. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 170.

171. Denied.

172. Denied.

173. Admitted as to the first and second sentences in paragraph 173. Denied as to the remainder of paragraph 173.

174. Denied.

175. Denied.

176. Denied.

177. Denied.

178. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 178.

179. Admitted as to the first sentence in paragraph 179. Denied as to the remainder of paragraph 179.

180. Denied.

181. Denied.

182. Denied.

183. Denied.

184. These Defendants do not have sufficient information to admit or deny the allegations in the first two sentences in paragraph 184. Denied as to the third sentence in paragraph 184.

185. Denied.

186. These Defendants admit that the cited publication includes the quoted language contained in paragraph 186. Denied as to the remainder of paragraph 186.

187. These Defendants admit that the cited publication includes the quoted language contained in paragraph 187. Denied as to the remainder of paragraph 187.

188. Admitted by Defendant Fowler. Defendant Alexander does not have sufficient information to admit or deny the allegations set forth in paragraph 188.

189. These Defendants admit that the cited publication includes the quoted language in paragraph 189. Denied as to the remainder of paragraph 189.

190. Denied.

191. These Defendants deny the allegations contained in the second sentence in paragraph 191.   These Defendants do not have sufficient information to admit or deny the other allegations set forth in paragraph 191.

192. Denied.

193. Denied.

194. Denied.

195. Denied.

196. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 196.

197. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 197.

198. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 198.

199. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 199.

200. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 200.

201. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 201.

202. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 202.

203. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 203.

204. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 204.

205. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 205.

206. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 206.

207. These Defendants do not have sufficient information to admit or deny the allegations set forth in paragraph 207.

208. Denied.

## **COUNT 1**

209-217. These Defendants are not a party to this Count and therefore no answer is required to the paragraphs pertaining to it.

## COUNT 2

218-223.    These Defendants are not a party to this Count and therefore no answer is required to the paragraphs pertaining to it.

## COUNT 3

224-239.    These Defendants are not a party to this Count and therefore no answer is required to the paragraphs pertaining to it.

## COUNT 4

240.    These Defendants incorporate by reference the above answers as if fully set forth herein.

241.    Denied.

242.    Denied.

243.    Denied.

244.    Denied.

245.    Denied.

246.    Denied.

## COUNT 5

247-251.    These Defendants are not a party to this Count and therefore no answer is required to the paragraphs pertaining to it.

## COUNT 6

252-257.    These Defendants are not a party to this Count and therefore no answer is required to the paragraphs pertaining to it.

## COUNT 7

258-264.     These Defendants are not a party to this Count and therefore no answer is required to the paragraphs pertaining to it.

## COUNT 8

265-272.     These Defendants are not a party to this Count and therefore no answer is required to the paragraphs pertaining to it.

## COUNT 9

273-276.     These Defendants are not a party to this Count and therefore no answer is required to the paragraphs pertaining to it.

## COUNT 10

277-287.     These Defendants are not a party to this Count and therefore no answer is required to the paragraphs pertaining to it.

## COUNT 11

288-300.     These Defendants are not a party to this Count and therefore no answer is required to the paragraphs pertaining to it.

## COUNT 12

301-307.     These Defendants are not a party to this Count and therefore no answer is required to the paragraphs pertaining to it.

## COUNT 13

308.    These Defendants incorporate by reference the above answers as if fully set forth herein.

309.    Denied.

310. Denied.

311. Denied.

312. Denied.

313. Denied.

314. Denied.

## COUNT 14

315-320.   These Defendants are not a party to this Count and therefore no answer is

required to the paragraphs pertaining to it.

*Michael J. Baxter |s|*

_____

Michael J. Baxter (Bar No. 01209)
mbaxter@bbsclaw.com
Baxter, Baker, Sidle, Conn & Jones, P.A.
120 E. Baltimore Street, Suite 2100
Baltimore, Maryland 21202
(410) 230-3800 Telephone
(410) 230-3801 Fax

*David J. McManus |s|*

_____

David J. McManus (Bar No. 02239)
djm@bbsclaw.com
Baxter, Baker, Sidle, Conn & Jones, P.A.
120 E. Baltimore Street, Suite 2100
Baltimore, Maryland 21202
(410) 230-3800 Telephone
(410) 230-3801 Fax
*Attorneys for Defendants*
*Russell Alexander, M.D., and David Fowler,*
*MB.,ChB., in their individual capacities*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **16ᵀᴴ day of February 2022**, the foregoing Answer to Amended Complaint and Demand for Jury Trial by Defendants' Russell Alexander, M.D. and David Fowler, MB., ChB., in their individual capacities, was filed electronically via CM/ECF and served electronically and by first class mail, on:

| | |
|---|---|
| Deborah A. Jeon, Esq.<br>Sonia Kumar, Esq.<br>Tierney Peprah, Esq.<br>American Civil Liberties Union of Maryland Foundation<br>3600 Clipper Mill Rd Ste 350<br>Baltimore, MD 21211<br>jeon@aclu-md.org<br>tpeprah@aclu-md.org<br>kumar@aclu-md.org<br><br>Leslie David Hershfield, Esq.<br>Schulman, Hershfield & Gilden, P.A.<br>One East Pratt Street, Suite 904<br>Baltimore, MD 21202<br>lhershfield@shg-legal.com<br><br>Kenneth W. Ravenell, Esq.<br>Ravenell Law<br>711 Saint Paul Street<br>Baltimore, MD 21202<br>kravenell@ravenelllaw.com<br><br>Tomeka Grimes Church, Esq.<br>The Law Office of Tomeka G. Church<br>711 Saint Paul St.<br>Baltimore, MD 21202<br>tchurch@thechurchlawfirm.com | Daniel Karp, Esq.<br>Karpinski, Cornbrooks and Karp, PA<br>120 East Baltimore Street, Suite 1850<br>Baltimore, MD 21202<br>brunokarp@bkcklaw.com<br>***Attorneys for Defendant***<br>***Michael Petyo and Jeannette L.***<br>***Cleveland a/k/a Jeannette L. Delude***<br><br>Patrick Dugan McKevitt, Esq.<br>Whiteford Taylor and Preston LLP<br>Seven Saint Paul St.<br>Baltimore, MD 21202<br>pmckevitt@wtplaw.com<br>***Attorney for Defendant***<br>***Dennis Lannon***<br><br>Matthew Douglas Peter, Esq.<br>Local Government Insurance Trust<br>7225 Parkway Dr<br>Hanover, MD 21076<br>MPETER@LGIT.ORG<br>***Attorneys for Defendant***<br>***Town of Centreville***<br><br>Raymond R. Mulera, Esq.<br>LGIT, Educational Affairs Division<br>7225 Parkway Drive<br>Hanover, MD 21076<br>rmulera@lgit.org<br>***Attorneys for Defendant***<br>***Town of Ridgely*** |

Rene C. Swafford, Esq.
Law Office of Rene Swafford, LLC
P.O. Box 392
Greensboro, MD 21639
RSWAFFORDSTER@GMAIL.COM

John Arak Freedman, Esq.
Arnold & Porter Kaye Scholer, LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
John.freedman@arnoldporter.com
***Attorneys for Plaintiffs***

Jason Lee Levine, Esq.
John F. Breads, Jr, Esq.
Local Government Insurance Trust
7225 Parkway Drive
Hanover, MD 21076
jlevine@lgit.org
jbreads@lgit.org
***Attorneys for Defendant Gary Manos***

Kevin Bock Karpinski, Esq.
Karpinski, Cornbrooks and Karp, PA
120 East Baltimore Street, Suite 1850
Baltimore, MD 21202
kevin@bkcklaw.com
***Attorneys for Defendant***
***Thomas Webster, IV***

Ernest I. Cornbrooks, IV, Esq.
Karpinski, Cornbrooks & Karp, P.A.
120 East Baltimore Street, Suite 1850
Baltimore, MD 21202
scornbrooks@bkcklaw.com
***Attorneys for Defendant***
***Town of Greensboro***

John J. Kuchno, Esq.
Christopher A. Gozdor, Esq.
Office of the Attorney General
300 W Preston St., Ste 302
Baltimore, MD 21201
jkuchno@OAG.state.md.us
christopher.gozdor@maryland.gov
***Attorneys for Defendants***
***State of Maryland and Victor W.***
***Weedn***

*Michael J. Baxter /s/*

_____

Michael J. Baxter (Bar No. 01209)
Baxter, Baker, Sidle, Conn & Jones, P.A.