IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JENNELL BLACK,** *et. al.*, | * |
| *Plaintiffs* | * |
| v. | * Civil Action No.: 1:20-cv-03644-CCB |
| **THOMAS WEBSTER, IV,** *et al.* | * |
| *Defendants* | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF INTERLOCUTORY APPEAL

Defendants Russell Alexander, M.D., and David Fowler, MB., ChB., in their individual capacities, by their attorneys, Michael J. Baxter, David J. McManus, and Baxter, Baker, Sidle, Conn & Jones, P.A., submit this Notice of Interlocutory Appeal to the United States Court of Appeals for the Fourth Circuit from the order and its corresponding memorandum opinion, both dated January 26, 2022, issued by the United States District Court for the District of Maryland denying Defendants' Motion to Dismiss. Defendants Alexander and Fowler appeal on the grounds of qualified immunity.

*David J. McManus /s/*
_____
Michael J. Baxter (Bar No. 01209)
David J. McManus (Bar No. 02239)
mbaxter@bbsclaw.com
djm@bbsclaw.com
Baxter, Baker, Sidle, Conn & Jones, P.A.
120 E. Baltimore Street, Suite 2100
Baltimore, Maryland 21202
(410) 230-3800 Telephone
(410) 230-3801 Fax
*Attorneys for Defendants*
*Russell Alexander, MD. and David Fowler,*
*MB.,ChB., in their individual capacities*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **24th day of February 2022**, the foregoing *Notice of Interlocutory Appeal* on behalf of Defendants Russell Alexander, M.D. and David Fowler, MB., ChB., in their individual capacities, was filed electronically via CM/ECF and served electronically and by first class mail, on:

| | |
|---|---|
| Deborah A. Jeon, Esq.<br>Sonia Kumar, Esq.<br>Tierney Peprah, Esq.<br>American Civil Liberties Union of Maryland Foundation<br>3600 Clipper Mill Rd Ste 350<br>Baltimore, MD 21211<br>jeon@aclu-md.org<br>tpeprah@aclu-md.org<br>kumar@aclu-md.org<br><br>Leslie David Hershfield, Esq.<br>Schulman, Hershfield & Gilden, P.A.<br>One East Pratt Street, Suite 904<br>Baltimore, MD 21202<br>lhershfield@shg-legal.com<br><br>Kenneth W. Ravenell, Esq.<br>Ravenell Law<br>711 Saint Paul Street<br>Baltimore, MD 21202<br>kravenell@ravenelllaw.com<br><br>Tomeka Grimes Church, Esq.<br>The Law Office of Tomeka G. Church<br>711 Saint Paul St.<br>Baltimore, MD 21202<br>tchurch@thechurchlawfirm.com | Daniel Karp, Esq.<br>Karpinski, Cornbrooks and Karp, PA<br>120 East Baltimore Street, Suite 1850<br>Baltimore, MD 21202<br>brunokarp@bkcklaw.com<br>*Attorneys for Defendant*<br>*Michael Petyo and Jeannette L. Cleveland a/k/a Jeannette L. Delude*<br><br>Patrick Dugan McKevitt, Esq.<br>Beatrice C. Thomas, Esq.<br>Whiteford Taylor and Preston LLP<br>Seven Saint Paul St., Suite 1500<br>Baltimore, MD 21202<br>pmckevitt@wtplaw.com<br>bthomas@wtplaw.com<br>*Attorney for Defendant*<br>*Dennis Lannon*<br><br>Matthew Douglas Peter, Esq.<br>Local Government Insurance Trust<br>7225 Parkway Dr<br>Hanover, MD 21076<br>MPETER@LGIT.ORG<br>*Attorneys for Defendant*<br>*Town of Centreville* |

| | |
|---|---|
| Rene C. Swafford, Esq.<br>Law Office of Rene Swafford, LLC<br>P.O. Box 392<br>Greensboro, MD 21639<br>RSWAFFORDSTER@GMAIL.COM<br><br>John Arak Freedman, Esq.<br>Arnold & Porter Kaye Scholer, LLP<br>601 Massachusetts Avenue, NW<br>Washington, DC 20001<br>John.freedman@arnoldporter.com<br>*Attorneys for Plaintiffs*<br><br>Jason Lee Levine, Esq.<br>John F. Breads, Jr, Esq.<br>Local Government Insurance Trust<br>7225 Parkway Drive<br>Hanover, MD 21076<br>jlevine@lgit.org<br>jbreads@lgit.org<br>*Attorneys for Defendant Gary Manos*<br><br>Kevin Bock Karpinski, Esq.<br>Karpinski, Cornbrooks and Karp, PA<br>120 East Baltimore Street, Suite 1850<br>Baltimore, MD 21202<br>kevin@bkcklaw.com<br>*Attorneys for Defendant*<br>*Thomas Webster, IV*<br><br>Ernest I. Cornbrooks, IV, Esq.<br>Karpinski, Cornbrooks & Karp, P.A.<br>120 East Baltimore Street, Suite 1850<br>Baltimore, MD 21202<br>scornbrooks@bkcklaw.com<br>*Attorneys for Defendant*<br>*Town of Greensboro* | Raymond R. Mulera, Esq.<br>LGIT, Educational Affairs Division<br>7225 Parkway Drive<br>Hanover, MD 21076<br>rmulera@lgit.org<br>*Attorneys for Defendant*<br>*Town of Ridgely*<br><br>John J. Kuchno, Esq.<br>Office of the Attorney General<br>300 W Preston St., Ste 302<br>Baltimore, MD 21201<br>jkuchno@OAG.state.md.us<br>*Attorneys for Defendants*<br>*State of Maryland and Dr. Victor W.*<br>*Weedn and Dr. Russell Alexander in*<br>*their official capacities* |

*David J. McManus /s/*

_____

David J. McManus (Bar No. 02239)