# EXHIBIT B

**Kevin Karpinski**

| | |
|---|---|
| **From:** | Tomeka Church <tchurch@thechurchlawfirm.com> |
| **Sent:** | Friday, June 03, 2022 12:52 PM |
| **To:** | Jason L. Levine; Kevin Karpinski; Daniel Karp; Patrick McKevitt; Bill Dickerson; Ray Mulera |
| **Cc:** | Leslie D. Hershfield; Debbie Jeon; Freedman, John A.; Sonia Kumar; Tierney Peprah; Ieshaah Murphy; Rene C. Swafford L.L.C. |
| **Subject:** | Black, et al. v. Webster, et al. |
| **Attachments:** | BLACK - 6322  Letter of Acceptance of R68 Offer.pdf |

Counsel,

Please see the attached.


Best,

**Tomeka G. Church, Esquire**
**Law Office of Tomeka G. Church, LLC**
**711 Saint Paul St.**
**Baltimore, MD 21202**
**P: (410) 307-8223**
**Email: Tchurch@thechurchlawfirm.com**


CONFIDENTIALITY NOTICE:  The information contained in this email message is attorney privileged and confidential information intended ONLY for the use of the individual or entity named herein.  If you are not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by returning the original message via reply email.  Thank you for your cooperation.

## THE LAW OFFICE OF TOMEKA G. CHURCH, LLC

**711 Saint Paul Street**
**Baltimore, MD 21202**
**Tel.: (410) 307-8223**
**Fax: (410) 727-0466**
**Email: Tchurch@thechurchlawfirm.com**

Tomeka G. Church, Esq.                                          *Admitted to practice in Maryland and D.C.

June 3, 2022

**VIA ELECTRONIC MAIL**
Jason L. Levine, (JLevine@lgit.org)
Kevin Karpinski (kevin@bkcklaw.com)
Daniel Karp (brunokarp@aol.com)
McKevitt, Patrick (pmckevitt@wtplaw.com)
Bill Dickerson (WDickerson@lgit.org)
Ray Mulera (RMulera@lgit.org)

      Re:    *Black, et al.  v. Webster, et al.*
            Civil No.: CCB-20-3644

Dear Counsel:

       In response to your Rule 68 Offer of Judgment correspondence of May 20, 2022, Jennell Black, individually and as Personal Representative of the Estate of Anton Black, Antone Black, individually and as Personal Representative of the Estate of Anton Black, and Katyra Boyce, as mother and next friend of W.B. accept the Offer of Judgment in the sum of Five Million and One Dollars ($5,000,001.00).

                           Very truly yours,

                           /s/
                         Tomeka G. Church

                           /s/
                         Leslie D. Hershfield

                           /s/
                         Rene C. Swafford
                         *Attorneys for Plaintiffs*
                         *Jennell Black, Antone Black, Katyra Boyce*