# EXHIBIT C

**From:** Jason L. Levine
**To:** Dan Scapardine
**Subject:** FW: Black, et al. v. Webster, et al.
**Date:** Tuesday, June 07, 2022 10:01:03 AM

Jason L. Levine
LGIT
(443) 561-1708

**From:** Jason L. Levine
**Sent:** Friday, June 3, 2022 1:05 PM
**To:** 'Tomeka Church' <tchurch@thechurchlawfirm.com>; Kevin Karpinski <kevin@bkcklaw.com>; Daniel Karp <brunokarp@aol.com>; Patrick McKevitt <pmckevitt@wtplaw.com>; Bill Dickerson <WDickerson@lgit.org>; Ray Mulera <RMulera@lgit.org>
**Cc:** Leslie D. Hershfield <lhershfield@shg-legal.com>; Debbie Jeon <jeon@aclu-md.org>; Freedman, John A. <John.Freedman@arnoldporter.com>; Sonia Kumar <kumar@aclu-md.org>; Tierney Peprah <tpeprah@aclu-md.org>; Ieshaah Murphy <imurphy@aclu-md.org>; Rene C. Swafford L.L.C. <rswaffordster@gmail.com>; Tia Bowman (TBowman@lgit.org) <TBowman@lgit.org>; Elizabeth Martinez <ElizabethM@lgit.org>
**Subject:** RE: Black, et al. v. Webster, et al.

Dear Ms. Church,

Thank you for your letter. However, there is no indication that all plaintiffs have joined, and the Rule 68 offer was expressly conditioned upon the resolution of all claims as to all plaintiffs (at least as to all Municipal Defendants), which would include the Coalition for Justice and any/all claims it has asserted against any Municipal Defendant.
Please confirm, either with a revised acceptance letter, or some other written correspondence, that the Coalition for Justice joins in the acceptance.
Otherwise, the terms of the offer have not been accepted.
Thanks very much.

jason