**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
NORTHERN DIVISION

| | | |
|---|---|---|
| JENNELL BLACK, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Case No.: 1:20-cv-03644-CCB |
| THOMAS WEBSTER, IV, et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER DENYING DEFENDANTS' MOTION TO STRIKE NOTICE OF**
**ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT**

Before this Court is the Motion to Strike Notice of Acceptance of Rule 68 Offer of Judgment filed by Defendants Thomas Webster, IV, Gary Manos, Jennette Cleveland ("Delude"), Michael Petyo, the Town of Greensboro, the Town of Ridgely and the Town of Centreville (collectively "Settling Defendants"), and the Response filed in opposition hereto by Plaintiffs, Jennell Black and Antone Black, Individually and as Personal Representatives of the Estate of Anton Black, and Katyra Black, as mother and next friend of minor W.B. (collectively "Black Family Plaintiffs"). After considering the Motion, and the Black Family Plaintiffs' Response in opposition thereto, any hearing held thereon, the Court finds that the Settling Defendants' Motion should be **DENIED**.

SO ORDERED this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE