**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| JENNELL BLACK, et al. | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 1:20-cv-03644-CCB |
| | * | |
| THOMAS WEBSTER IV, et al. | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**[PROPOSED] ORDER**

Upon consideration of Defendnat Webster, Manos, Cleveland, Petyo, Town of Greensboro, Town of Ridgely, and Town of Centerville's Motion to Strike Notice of Acceptance of Rule 68 Offer of Judgment (ECF 132) and the Repsonses filed thereto by Plaintiffs (ECF 137 & 140), the Motion is **DENIED**.

SO ORDERED this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of June, 2022, notice of the foregoing filing was electronically filed in this case through the ECF system and a copy was served electronically upon counsel of record.

*/s/ John A. Freedman*
John A. Freedman