IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Black, *et al.* <br><br> v. <br><br> Webster, IV, *et al.* | Civil Action No. CCB-20-3644 |

## **ORDER**

Confirming the results of a conference call today with counsel, it is hereby Ordered that:

1. The plaintiffs' motion to stay discovery (ECF 134) pending the resolution of the defendants' motion to strike the offer of judgment (ECF 132) is Granted;

2. All discovery is Stayed;

3. After the motion to strike has been resolved, in consultation with counsel, the court will enter a revised scheduling order; and

4. The defendants will be entitled to first take, if needed, the depositions already noted which are stayed by this Order.

|  |  |
|---|---|
|    6/14/22    <br> Date |         /s/         <br> Catherine C. Blake <br> United States District Judge |