IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
<u>NORTHERN DIVISION</u>

| | | |
|---|---|---|
| JENNELL BLACK, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Case No.: 1:20-cv-03644-CCB |
| THOMAS WEBSTER, IV, et al. | * | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)** |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

<u>**NOTICE OF DISMISSAL WITH PREJUDICE**</u>

All Plaintiffs hereby dismiss with prejudice the Amended Complaint in the above-captioned matter as to the following Defendants: (1) Thomas Webster, IV, (2) Michael Petyo, (3) Gary Manos, (4) Dennis Lannon, (5) Jeannette L. Cleveland a/k/a Jeannette L. Delude, (6) Town of Greensboro, (7) Town of Ridgely and (8) Town of Centreville.

This dismissal with prejudice is made pursuant to Fed. R. Civ. P. 41(a).

Dated: August 4, 2022.

Respectfully submitted,

*/s/ Rene C. Swafford, Esq.*
Rene' C. Swafford
Federal Bar No. 26309
Law Office of Rene' C. Swafford, LLC
P.O. Box 392
Greensboro, MD 21639
RSWAFFORDSTER@GMAIL.COM

*/s/ Leslie David Hershfield, Esq.*
Leslie David Hershfield
Federal Bar No. 08255
Schulman, Hershfield & Gilden, P.A.
One East Pratt Street, Suite 904
Baltimore, MD 21202
lhershfield@shg-legal.com

2

*/s/ Tomeka Grimes Church, Esq.*
Tomeka Grimes Church
Federal Bar No. 25311
The Law Office of Tomeka G. Church, LLC
711 Saint Paul Street
Baltimore, MD 21202
tchurch@thechurchlawfirm.com

*Attorneys for Plaintiffs Jennell Black and Antone Black, Individually and as Personal Representatives of the Estate of Anton Black, and Katyra Black, as mother and next friend of W.B.*

*/s/ Deborah A. Jeon, Esq.*
Deborah A. Jeon
*/s/ Sonia Kumar, Esq.*
Sonia Kumar
*/s/ Tierney Peprah, Esq.*
Tierney Peprah
Deborah A. Jeon, Federal Bar No. 06905
Sonia Kumar, Federal Bar No. 07196
Tierney Peprah, Federal Bar No. 21986
American Civil Liberties
Union of Maryland Foundation
3600 Clipper Mill Rd., Ste 350
Baltimore, MD 21211
jeon@aclu-md.org
tpeprah@aclu-md.org
kumar@aclu-md.org

*/s/ John A. Freedman, Esq.*
John Arak Freedman
Arnold & Porter Kaye Scholer, LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
John.freedman@arnoldporter.com

*Attorneys for Plaintiff Coalition for Justice for Anton Black*

*/s/ Kevin Karpinski, Esq.*
Kevin Bock Karpinski
*/s/ Daniel Scapardine, Esq.*
Daniel Scapardine

Karpinski, Cornbrooks and Karp, PA
120 East Baltimore Street, Suite 1850
Baltimore, MD 21202
kevin@bkcklaw.com
dscapardine@bkcklaw.com
brunokarp@bkcklaw.com
*Attorneys for Defendant Thomas Webster, IV*

*/s/ Daniel Karp, Esq.*
Daniel Karp
Karpinski, Cornbrooks and Karp, PA
120 East Baltimore Street, Suite 1850
Baltimore, MD 21202
brunokarp@bkcklaw.com
*Attorneys for Defendant Michael Petyo and Jeannette L. Cleveland a/k/a Jeannette L. Delude*

*/s/ E. I. Cornbrooks, IV, Esq.*
Ernest I. Cornbrooks, IV
Karpinski, Cornbrooks & Karp, P.A.
120 East Baltimore Street, Suite 1850
Baltimore, MD 21202
scornbrooks@bkcklaw.com
*Attorneys for Defendant Town of Greensboro*

*/s/ Jason Levine, Esq.*
Jason Lee Levine
Local Government Insurance Trust
7225 Parkway Drive
Hanover, MD 21076
jlevine@lgit.org
*Attorneys for Defendant Chief Gary Manos*

*/s/ Raymond R. Mulera, Esq.*
Raymond R. Mulera
LGIT, Educational Affairs Division
7225 Parkway Drive
Hanover, MD 21076
rmulera@lgit.org
*Attorneys for Defendant Town of Ridgely*

*/s/ William C. Dickerson, Esq.*
William Charles Dickerson
Local Government Insurance Trust
7225 Parkway Dr

Hanover, MD 21076
WDickerson@lgit.org
*Attorneys for Defendant Town of Centreville*


*/s/ Patrick D. McKevitt, Esq.*
Patrick Dugan McKevitt
Whiteford Taylor and Preston LLP
Seven Saint Paul St., Suite 1500
Baltimore, MD 21202
pmckevitt@wtplaw.com
*Attorneys for Defendant Dennis Lannon*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of August, 2022, I have served upon the following opposing parties in this matter with a copy of the foregoing, using electronic mail and using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record, and that I will retain the originals of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided:

Kevin Bock Karpinski, Esq.
Daniel Scapardine, Esq.
Karpinski, Cornbrooks and Karp, PA
120 East Baltimore Street, Suite 1850
Baltimore, MD 21202
kevin@bkcklaw.com
dscapardine@bkcklaw.com
brunokarp@bkcklaw.com
*Attorneys for Defendant Thomas Webster, IV*

Daniel Karp, Esq.
Karpinski, Cornbrooks and Karp, PA
120 East Baltimore Street, Suite 1850
Baltimore, MD 21202
brunokarp@bkcklaw.com
*Attorneys for Defendant Michael Petyo and Jeannette L. Cleveland a/k/a Jeannette L. Delude*

Ernest I. Cornbrooks, IV, Esq.
Karpinski, Cornbrooks & Karp, P.A.
120 East Baltimore Street, Suite 1850
Baltimore, MD 21202
scornbrooks@bkcklaw.com
*Attorneys for Defendant Town of Greensboro*

Jason Lee Levine, Esq.
Local Government Insurance Trust
7225 Parkway Drive
Hanover, MD 21076
jlevine@lgit.org
*Attorneys for Defendant Chief Gary Manos*

Raymond R. Mulera, Esq.
LGIT, Educational Affairs Division
7225 Parkway Drive
Hanover, MD 21076
rmulera@lgit.org
*Attorneys for Defendant Town of Ridgely*

William Charles Dickerson, Esq.
Local Government Insurance Trust
7225 Parkway Dr
Hanover, MD 21076
WDickerson@lgit.org
*Attorneys for Defendant Town of Centreville*

Patrick Dugan McKevitt, Esq.
Whiteford Taylor and Preston LLP
Seven Saint Paul St., Suite 1500
Baltimore, MD 21202
pmckevitt@wtplaw.com
jcarter@wtplaw.com
*Attorneys for Defendant Dennis Lannon*

Michael J. Baxter, Esq.
David J. McManus, Esq.
Baxter, Baker, Sidle, Conn & Jones, P.A.
120 E. Baltimore Street, Suite 2100
Baltimore, Maryland 21202
mbaxter@bbsclaw.com
djm@bbsclaw.com
dgb@bbsclaw.com
*Attorneys for Defendants Russell Alexander, M.D. and David Fowler, MB., ChB., in their individual capacities*

John J. Kuchno, Esq.
Justin E. Fine, Esq.
Assistant Attorneys General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
jkuchno@oag.state.md.us
jfine@oag.state.md.us
mscanlan@oag.state.md.us
jhunter@oag.state.md.us
rshaw@oag.state.md.us
*Attorneys for Defendants Victor W. Weedn, Russell Alexander, M.D. and the State of Maryland*

*/s/ Leslie David Hershfield, Esq.*
Federal Bar No. 08255