## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JENNELL BLACK, *et al.*, | * |
| *Plaintiffs*, | * |
| v. | *   No. 1:20-cv-03644-CCB |
| THOMAS WEBSTER, IV, *et al.*, | * |
| *Defendants*. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

### ENTRY OF APPEARANCE

Please enter the appearance of undersigned counsel, James N. Lewis, as counsel for Defendants Victor Weedn, M.D., Russell Alexander, M.D. in his official capacity, and the State of Maryland.

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

/s/ James N. Lewis
_____
James N. Lewis
Fed. Bar No. 30220
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
jlewis@oag.state.md.us
(410) 576-7005 (telephone)
(410) 576-6955 (facsimile)

September 7, 2022

Attorneys for Victor Weedn, M.D., Russell Alexander, M.D. in his official capacity, and the State of Maryland

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of September 2022, a copy of the foregoing Entry of Appearance was sent via CM/ECF to:

Leslie David Hershfield
Federal Bar No. 08255

SCHULMAN, HERSHFIELD & GILDEN, P.A.
One East Pratt Street, Suite 904
Baltimore, Maryland 21202

Tomeka Grimes Church
Federal Bar No. 25311

THE LAW OFFICE OF TOMEKA G. CHURCH
711 Saint Paul Street
Baltimore, Maryland 21202

Rene C. Swafford
Federal Bar No. 26309

LAW OFFICE OF RENE SWAFFORD LLC
P.O. Box 392
Greensboro, Maryland 21639

Attorneys for Jennell Black,
Antone Black, and Katyra Boyce

Deborah A. Jeon
Federal Bar No. 06905

Sonia Kumar
Federal Bar No. 07196

Tierney Peprah
Federal Bar No. 21986

ACLU OF MARYLAND
3600 Clipper Mill Road, Suite 350
Baltimore, Maryland 21211

John Arak Freedman
Federal Bar No. 20276

ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001

Attorneys for Coalition for
Justice for Anton Black

Michael J. Baxter
Federal Bar No. 01209

David J. McManus
Federal Bar No. 02239

BAXTER BAKER SIDLE CONN AND JONES P.A.
120 E. Baltimore Street, Suite 2100
Baltimore, Maryland 21202
Attorneys for Dr. Russell Alexander and
Dr. David Fowler

/s/ James N. Lewis
_____
James N. Lewis