IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JENNELL BLACK, et al.<br>    Plaintiffs,<br><br>v.<br><br>RUSSELL ALEXANDER, et al.<br>    Defendants. | <br><br><br><br>Civil Action No.: 1:20-cv-03644-CCB |

## [PROPOSED] ORDER

Upon consideration of Plaitniffs' Motion for Leave to File Second Amended Complaint, and any response filed thereto, the Court finds that the Motion shoul dbe Granted.

**IT IS HEREBY ORDERED** that the Motion for Leave to File Second Amended Complaint is **GRANTED**. Plaintiffs are directed to file Exhibit 1 to the Motion on the docket.

SO ORDERED this ____ day of _____, 2022.


_____
Untied States District Judge