# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

JENNELL BLACK, *et al.*,                           *

        *Plaintiffs*,                           *

        v.                                            *        No. 1:20-cv-03644-CCB

RUSSELL ALEXANDER, *et al.*,                  *

        *Defendants*.                          *

  *    *    *    *    *    *    *    *    *    *    *    *    *

## JOINT STATUS REPORT

Plaintiffs, Jennell Black, individually and as personal representative of the estate of Anton Black, Antone Black, individually and as personal representative of the estate of Anton Black, Katyra Boyce, as mother and next friend of W.B. (collectively, the "Family Plaintiffs"), and the Coalition for Justice for Anton Black (the "Coalition"), and defendants, the state of Maryland, Dr. John D. Stash, in his official capacity as the interim chief medical examiner, and Dr. Russell Alexander in his official capacity (collectively, the "State Defendants"), and Dr. Russell Alexander, in his individual capacity, and Dr. David Fowler, in his individual capacity (collectively, the "Individual Defendants"), submit this joint status report as requested by the Court on August 3, 2023.

1. The Parties have reached a settlement-in-principle in this matter.

2. The Parties have exchanged comments on a draft settlement agreement.

3. The Settlement is contingent on approval by the Maryland Board of Public Works ("BPW"). The Parties anticipate presenting the settlement to be considered at the earliest available BPW meeting following execution of the settlement agreement.

4. The Parties will report back on the BPW's consideration of the settlement following its meeting, and will advise, if necessary, as to any additional steps.

Respectfully submitted,

/s/ *Leslie Hershfeld* (by permission)

ANTHONY BROWN
Attorney General of Maryland

_____

Leslie David Hershfield
Federal Bar No. 08255
Schulman, Hershfield & Gilden, P.A.
One East Pratt Street, Suite 904
Baltimore, MD 21202
lhershfield@shg-legal.com

/s/ *James N. Lewis* (by persmission)

_____

JAMES N. LEWIS, Bar No. 30220
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
jlewis@oag.state.md.us
(410) 576-7005

/s/ *Tomeka Church* (by permission)

_____

Tomeka Grimes Church
Federal Bar No. 25311
The Law Office of Tomeka G. Church
711 Saint Paul St.
Baltimore, MD 21202
tchurch@thechurchlawfirm.com

Attorneys for the State Defendants

/s/ *David J. McManus, Jr.* (by permission)

/s/ *Rene Swafford* (by permission)

_____

_____

Michael J. Baxter, Bar No. 01209
David J. McManus, Jr., Bar No. 02239
Baxter Baker Sidle Conn and Jones P.A.
120 E Baltimore St Ste 2100
Baltimore, MD 21202
410-230-3800
mbaxter@bbsclaw.com
dmcmanus@bbsclaw.com

Rene C. Swafford
Federal Bar No. 26309
Law Office of Rene Swafford, LLC
P.O. Box 392
Greensboro, MD 21639
rswaffordster@gmail.com

Attorneys for Jennell Black, Antone Black, and Katyra Boyce

Attorneys for Dr. Russell Alexander and Dr. David Fowler

/s/ *John A. Freedman*

_____

John Arak Freedman, Bar No. 20276
Arnold & Porter Kaye Scholer LLP

601 Massachusetts Avenue NW
Washington, DC 20001
202-942-5000
John.Freedman@arnoldporter.com

/s/ *Debbie Jeon*
_____
Deborah A. Jeon, Bar No. 06905
Sonia Kumar, Bar No. 07196
Tierney Peprah, Bar No. 21986
ACLU of Maryland
3600 Clipper Mill Rd Ste 350
Baltimore, MD 21211
jeon@aclu-md.org
kumar@aclu-md.org
tpeprah@aclu-md.org

Attorneys for Coalition for Justice for
Anton Black

August 28, 2023