IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **JENNELL BLACK, et al.** | * | |
| Plaintiffs | * | |
| v. | * | Case No. CCB-20-3644 |
| **RUSSELL ALEXANDER, et al.** | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

The Court has reviewed the Joint Status Report (ECF No. 186) indicating that the parties have reached a settlement in principle but cannot be sure of the date it might be presented for approval. So that motions do not appear to remain unresolved on the docket for a lengthy period of time, it is hereby Ordered that:

1. The Motion to Amend (ECF No. 164), the Supplemental Motion to Dismiss (ECF No. 155), and the Motion to Dismiss (ECF No. 154) are Denied without prejudice, subject to renewal if the settlement is not approved; and

2. A Status Report is due October 2, 2023.

BY THE COURT:

Dated: August 29, 2023    /S/ CATHERINE C. BLAKE
                          Catherine C. Blake
                          United States District Judge