IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JENNELL BLACK, *et al.*, | * |
|     *Plaintiffs*, | * |
| v. | *   No. 1:20-cv-03644-CCB |
| RUSSELL ALEXANDER, *et al.*, | * |
|     *Defendants*. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**JOINT STATUS REPORT**

Plaintiffs, Jennell Black, individually and as personal representative of the estate of Anton Black, Antone Black, individually and as personal representative of the estate of Anton Black, Katyra Boyce, as mother and next friend of W.B. (collectively, the "Family Plaintiffs"), and the Coalition for Justice for Anton Black (the "Coalition"), and defendants, the state of Maryland, Dr. Stephanie Dean,[1] in her official capacity as the interim chief medical examiner, and Dr. Russell Alexander in his official capacity (collectively, the "State Defendants"), and Dr. Russell Alexander, in his individual capacity, and Dr. David Fowler, in his individual capacity (collectively, the "Individual Defendants"), submit this joint status report as requested by the Court. ECF 187.

---

[1] Dr. Dean is the new interim chief medical examiner, which replaces Dr. John Stash pursuant to Rule 25(d).

1. The parties have reached a settlement-in-principle in this matter. The settlement agreement and release has been signed by all but one party. The final signature is expected to be obtained within the next business day.

2. The settlement is contingent upon approval by the Maryland Board of Public Works ("BPW"). The matter has not yet been presented to the BPW due to the delay in obtaining all signatures.

3. Once the final signature is obtained, the settlement will be referred to the BPW for consideration.

4. The Parties will report back on the BPW's consideration of the settlement following its meeting and will advise, if necessary, as to any additional steps.

|  |  |
|---|---|
| /s/ | Respectfully submitted, |
| _____ | ANTHONY BROWN |
| Leslie David Hershfield | Attorney General of Maryland |
| Federal Bar No. 08255 |  |
| Schulman, Hershfield & Gilden, P.A. | /s/ |
| One East Pratt Street, Suite 904 | _____ |
| Baltimore, MD 21202 | JAMES N. LEWIS |
| lhershfield@shg-legal.com | Federal Bar No. 30220 |
|  | Assistant Attorney General |
| /s/ | Office of the Attorney General |
| _____ | 200 Saint Paul Place, 20th Floor |
| Tomeka Grimes Church | Baltimore, Maryland  21202 |
| Federal Bar No. 25311 | jlewis@oag.state.md.us |
| The Law Office of Tomeka G. Church | (410) 576-7005 |
| 711 Saint Paul St. |  |
| Baltimore, MD 21202 | Attorneys for the State Defendants |
| tchurch@thechurchlawfirm.com |  |

Case 1:20-cv-03644-CCB   Document 189   Filed 10/02/23   Page 3 of 3

/s/ _____
Rene C. Swafford
Federal Bar No. 26309
Law Office of Rene Swafford, LLC
P.O. Box 392
Greensboro, MD 21639
rswaffordster@gmail.com

Attorneys for Jennell Black, Antone Black, and Katyra Boyce

/s/ _____
John Arak Freedman, Bar No. 20276
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue NW
Washington, DC 20001
202-942-5000
John.Freedman@arnoldporter.com

Attorneys for Coalition for Justice for Anton Black

/s/ _____
Deborah A. Jeon, Bar No. 06905
Sonia Kumar, Bar No. 07196
Tierney Peprah, Bar No. 21986
ACLU of Maryland
3600 Clipper Mill Rd Ste 350
Baltimore, MD 21211
jeon@aclu-md.org
kumar@aclu-md.org
tpeprah@aclu-md.org

October 2, 2023

/s/ _____
Michael J. Baxter, Bar No. 01209
David J. McManus, Jr., Bar No. 02239
Baxter Baker Sidle Conn and Jones P.A.
120 E Baltimore St Ste 2100
Baltimore, MD 21202
410-230-3800
mbaxter@bbsclaw.com
dmcmanus@bbsclaw.com

Attorneys for Dr. Russell Alexander and Dr. David Fowler