IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JENNELL BLACK, *et al.*, | * |
|     *Plaintiffs*, | * |
| v. | *   No. 1:20-cv-03644-CCB |
| RUSSELL ALEXANDER, *et al.*, | * |
|     *Defendants*. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**JOINT STATUS REPORT**

Plaintiffs, Jennell Black, individually and as personal representative of the estate of Anton Black, Antone Black, individually and as personal representative of the estate of Anton Black, Katyra Boyce, as mother and next friend of W.B. (collectively, the "Family Plaintiffs"), and the Coalition for Justice for Anton Black (the "Coalition"), and defendants, the state of Maryland, Dr. Stephanie Dean,[1] in her official capacity as the interim chief medical examiner, and Dr. Russell Alexander in his official capacity (collectively, the "State Defendants"), and Dr. Russell Alexander, in his individual capacity, and Dr. David Fowler, in his individual capacity (collectively, the "Individual Defendants"), submit this joint status report as requested by the Court. ECF 190.

1. The parties have reached a settlement in this matter. The settlement agreement and release has been signed by all parties.

---

[1] Dr. Dean is the new interim chief medical examiner, which replaces Dr. John Stash pursuant to Rule 25(d).

2. The settlement was contingent upon approval by the Maryland Board of Public Works ("BPW"). The BPW approved the settlement on November 8, 2023.

3. Once plaintiffs receive payment, a stipulation of dismissal with prejudice will be filed.

|  |  |
|---|---|
| /s/ | Respectfully submitted, |
| _____ | ANTHONY BROWN |
| LESLIE DAVID HERSHFIELD | Attorney General of Maryland |
| Federal Bar No. 08255 |  |
| Schulman, Hershfield & Gilden, P.A. | /s/ |
| One East Pratt Street, Suite 904 | _____ |
| Baltimore, MD 21202 | JAMES N. LEWIS |
| lhershfield@shg-legal.com | Federal Bar No. 30220 |
|  | Assistant Attorney General |
| /s/ | Office of the Attorney General |
| _____ | 200 Saint Paul Place, 20th Floor |
| TOMEKA GRIMES CHURCH | Baltimore, Maryland 21202 |
| Federal Bar No. 25311 | jlewis@oag.state.md.us |
| The Law Office of Tomeka G. Church | (410) 576-7005 |
| 711 Saint Paul St. |  |
| Baltimore, MD 21202 | Attorneys for the State Defendants |
| tchurch@thechurchlawfirm.com |  |
|  | /s/ |
| /s/ | _____ |
| _____ | MICHAEL J. BAXTER |
| RENE C. SWAFFORD | Federal Bar No. 01209 |
| Federal Bar No. 26309 | DAVID J. MCMANUS, JR. |
| Law Office of Rene Swafford, LLC | Federal Bar No. 02239 |
| P.O. Box 392 | Baxter Baker Sidle Conn and Jones P.A. |
| Greensboro, MD 21639 | 120 E Baltimore St Ste 2100 |
| rswaffordster@gmail.com | Baltimore, MD 21202 |
|  | 410-230-3800 |
| Attorneys for Jennell Black, Antone Black, and Katyra Boyce | mbaxter@bbsclaw.com |
|  | dmcmanus@bbsclaw.com |
|  |  |
|  | Attorneys for Dr. Russell Alexander and Dr. David Fowler |

/s/
_____
JOHN ARAK FREEDMAN
Federal Bar No. 20276
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue NW
Washington, DC 20001
202-942-5000
John.Freedman@arnoldporter.com

Attorneys for Coalition for Justice for Anton Black

/s/
_____
DEBORAH A. JEON
Federal Bar No. 06905
SONIA KUMAR
Federal Bar No. 07196
TIERNEY PEPRAH
Federal Bar No. 21986
ACLU of Maryland
3600 Clipper Mill Rd Ste 350
Baltimore, MD 21211
jeon@aclu-md.org
kumar@aclu-md.org
tpeprah@aclu-md.org

November 9, 2023